Agnes Spolar, appellee, v. Chicago Railways Company et al., appellants.  Gen. No. 26,020.

Action for personal injuries in a collision between an automobile and defendants' street car. Judgment for plaintiff after remittitur. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. ·Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 7, 1921.

Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellants; John R. Guilliams and George E. Gorman, of counsel. John E. Crahen and Pollock & Rainey, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Albert J. Brockman, appellee, v. R. W. Donovan, appellant.  Gen. No. 26,053.

Action in forcible detainer on nonpayment of rent. Judgment for plaintiff for possession and for the amount of rent claimed. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921.

Thomas G. McElligott, for appellant; Bernard J.˙Mahony, of counsel. Otto C. Rentner, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Selig Morris, appellee, v. Moses Levitan, appellant.  Gen. No. 26,102.

Action upon a check upon which defendant stopped payment after delivery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921. Rehearing denied November 21, 1921.

Harry H. Krinsky, for appellant. Aaron R. Eppstein, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Illinois Glass Company, appellee, v. Western Dairy Company, appellant.  Gen. No. 26,415.

Assumpsit on contract to buy bottles. Defendant claimed set-off. Judgment for plaintiff for full amount of claim. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Alfred E. Barr and Frank W. Bigelow, for appellant. Ashcraft & Ashcraft, for appellee; Carroll J. Lord, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.